FILE COPY

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

NO. 14-0890

| | | |
|---|---|---|
| **MARCUS B. PATTERSON, INDIVIDUALLY, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DIANE PATTERSON, AND AS NEXT FRIEND OF DANAE PATTERSON AND DANIEL PATTERSON, AND AS ASSIGNEES OF BREWER LEASING** <br> **v.** <br> **HOME STATE COUNTY MUTUAL INSURANCE COMPANY** | § <br> § <br> § <br> § <br> § <br> § | **Harris County,** <br><br> **1st District.** |

**September 11, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, MARCUS B. PATTERSON, INDIVIDUALLY, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DIANE PATTERSON, AND AS NEXT FRIEND OF DANAE PATTERSON AND DANIEL PATTERSON, AND AS ASSIGNEES OF BREWER LEASING, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 23rd day of October, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk